# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

ANTHONY JEROME FITZGERALD,
ADC #106273                                                                                    PLAINTIFF

V.                                    4:15CV000600 SWW

JAMES W. MCCORMACK,
Clerk of Court, Eastern District of Arkansas                               DEFENDANT

## JUDGMENT

Consistent with the Order that entered was separately today, this case is dismissed with prejudice. The case is closed. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

Dated this 2nd day of November, 2015.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE